UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES F. KEITH, | ) | No: 8:24-cv-00356-AGR |
|    Plaintiff, | ) | |
| | ) | |
|    v. | ) | |
| | ) | [PROPOSED] ORDER AWARDING |
| MARTIN O'MALLEY, | ) | EAJA FEES |
|  Commissioner of Social Security, | ) | |
| | ) | |
|    Defendant. | ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA attorney fees are awarded in the amount of FIVE THOUSAND DOLLARS AND 00/100 ($5,000.00) and zero costs ($0.00), subject to the terms of the stipulation.

DATE:  August 12, 2024          _____

HON. ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE

-1-